THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Marvin Meek, Appellant.
 
 
 

Appeal from Orangeburg County
 James C. Williams, Jr., Circuit Court
 Judge 
Unpublished Opinion No. 2008-UP-553
Submitted October 1, 2008  Filed October
 9, 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, of Columbia; and Solicitor David M. Pascoe, Jr., of Summerville, for
 Respondent.
 
 
 

PER CURIAM: 
 Meek was convicted of carjacking and armed robbery.  On appeal, Meek argues the
 court erred by allowing an in-court identification without first holding a
 hearing on the reliability of the identification.  Additionally, Meek filed a pro
 se brief maintaining the court erred in admitting a videotaped confession,
 arguing the statement was involuntary.  After a thorough review of the record
 and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967)
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss
 the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT,
 THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.